1  Lawrence H. Meuers, Esq. (SBN: 197663)
   MEUERS LAW FIRM, P.L.
2  5395 Park Central Court
   Naples, FL 34109-5932
3  Telephone: (239) 513-9191
   Facsimile: (239) 513-9677
4  lmeuers@meuerslawfirm.com

5  *Attorneys for Plaintiff*
   *Peri & Sons Farms, Inc.*

6

7

8         IN THE UNITED STATES DISTRICT COURT
     FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
9

| PERI & SONS FARMS, INC., | Case No.: CV 08-4102-RGK (PLAx) |
|---|---|
| Plaintiff, | |
| vs. | Honorable R. Gary Klausner |
| SOUTHERN CALIFORNIA PACKING COMPANY, INC., JEFFREY THOMAS JOHNSON, and BRADFORD SUMNER, | **FINAL JUDGMENT AGAINST SOUTHERN CALIFORNIA PACKING COMPANY, INC.** |
| Defendants. | |

   Presently before this Court is the Stipulation For Judgment Under The Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499e filed by Plaintiff, Peri & Sons Farms, Inc., and Defendant, Southern California Packing Company, Inc.. Having considered the Stipulation and being otherwise fully advised in the premises,

   **IT IS HEREBY ORDERED:**

   A.   Peri & Sons Farms, Inc. is a valid trust beneficiary of Southern California Packing Company Inc. under Section 5(c) of the PACA, 7 U.S.C.

1 §499e(c), in the aggregate amount of $330,280.71, inclusive of pre-judgment
2 interest and attorneys' fees as of the date of this Order.

3   B.   Judgment is hereby entered in favor of Peri & Sons Farms, Inc.
4 and against Southern California Packing Company Inc. in the aggregate
5 amount of $330,280.71, inclusive of pre-judgment interest and attorneys'
6 fees as of the date of this Order.

7   C.   Post-judgment interest accrues on the unpaid Judgment
8 amount from the date of the entry of this Judgment until paid in full at the
9 rate of 12% per annum.

10   D.   This case shall be administratively closed with the Court
11 retaining complete jurisdiction to enforce the terms of this Order, upon
12 application by Peri & Sons Farms, Inc.

**IT IS SO ORDERED.**

Dated: August 22, 2008

_____
Hon. R. Gary Klausner
Judge, U. S. District Court